No. 79–1991. LOWENSCHUSS *v.* BLUHDORN ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1992. LAVELLE *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–1993. HORAK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–1994. BALANO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–1999. FRANKLIN PROPERTY Co., DBA HILTON INN *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–2000. COHEN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 79–2002. KONSKI ENGINEERS, P. C., ET AL. *v.* LEVITT, COMPTROLLER OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 79–2005. SHARROW *v.* HOLTZMAN. C. A. 2d Cir. Certiorari denied.

No. 79–2007. WILLIAMS *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–2008. SANTA FE LAND IMPROVEMENT Co. *v.* CITY OF BERKELEY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 79–2011. ELLIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.